## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-46964 |
| | ) | |
| COMMUNITY AUTO PARTS, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |

## FINAL REPORT OF SALE

Frances Gecker (the "Trustee"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of Community Auto Parts, Inc. (the "Debtor"), by her attorneys, FrankGecker LLP, respectfully presents this report of sale (the "Report") pursuant to Federal Rule of Bankruptcy Procedure 6004 (the "Bankruptcy Rules"), by Thomas K. Mowery of American Auction Associates, Inc. (collectively, "Mowery") as her auctioneer and states as follows:

1. Pursuant to Court Order dated January 21, 2014 (the "Sale Order"), Trustee was authorized to employ Mowery as her auctioneer to liquidate the Debtor's vehicle, inventory, equipment or other items of value ("Sale Items") (see Exhibit A).

2. The Sale Items were sold as one lot at the auction held on January 23, 2014.

3. During this period, the gross sales were $15,000.00 (the "Sale Proceeds").

4. Mowery received a buyer's commission not paid from the Debtor's estate of 10% of the sale price of the Sale Items, or $1,500.00.

5. Pursuant to the Sale Order, Mowery was authorized reimbursement of his expenses and costs of the auction up to $4,000.00.

6. Mowery incurred $2,672.24 in auction expenses (see Exhibit B), which were deducted from the Sale Proceeds. Therefore, the net sale proceeds were $12,327.76.

7.    The sale of Debtor's Sale Items has concluded and the Trustee is not aware of any other equipment or inventory to sell.

Dated: March 17, 2014.

Respectfully submitted,

FRANCES GECKER, not individually, but as Chapter 7 Trustee of the bankruptcy estate of COMMUNITY AUTO PARTS, INC,

By: /s/ *Zane L. Zielinski*
One of her attorneys

Zane L. Zielinski (ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60610
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{CAP/001/00037889.DOC/}