# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COMMUNITY AUTO PARTS, INC., | § | Case No. 13-46964 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                        $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $            , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Frances Gecker_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-46964 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Frances Gecker |
| Case Name: | COMMUNITY AUTO PARTS, INC., | | | | | Date Filed (f) or Converted (c): | 12/06/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 01/24/2014 |
| For Period Ending: | 05/22/2015 | | | | | Claims Bar Date: | 05/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  CASH | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 2.  DEPOSITS IN BANK BANK | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3.  BANK ACCOUNT #XXXXXX8259 BANK FINANCIAL | 385.48 | 385.48 | | 203.48 | FA |
| 4.  BANK ACCOUNT #XXXXX8267 BANK FINANCIAL | 0.00 | 0.00 | | 0.00 | FA |
| 5.  BANK FINANCIAL #XXXXXX8275 | 1,466.57 | 1,466.57 | | 0.00 | FA |
| 6.  BANK ACCOUNT #XXXXXXX1691 Charter One | 0.00 | 0.00 | | 0.00 | FA |
| 7.  SHOP ACCOUNTS THAT OWE | 0.00 | 0.00 | | 0.00 | FA |
| 8.  RECEIVABLE Foster Broadway BP5156 N. Broadway Ave. | 1,149.57 | 1,149.57 | | 0.00 | FA |
| 9.  RECEIVABLE EP Auto Repair 4900 N. Broadway Ave. Ch | 1,571.72 | 1,571.72 | | 0.00 | FA |
| 10.  RECEIVABLE Prince Auto Repair 5510 N. Western Ave. | 938.13 | 938.13 | | 0.00 | FA |
| 11.  RECEIVABLE Rosemont Garage 1125 W. Rosemont Ave. C | 310.19 | 310.19 | | 0.00 | FA |
| 12.  RECEIVABLE Sierra Auto Group 4207 N. Western Ave. | 273.12 | 273.12 | | 0.00 | FA |
| 13.  RECEIVABLE Goodyear Tire Broadway 4809 N. Broadway | 770.97 | 770.97 | | 0.00 | FA |
| 14.  2010 FORD TRANSIT VAN | 8,000.00 | 8,000.00 | | 6,506.32 | FA |
| 15.  EQUIPMENT AND FURNITURE 6001 N. CLARK ST. CHICAGO, | 1,200.00 | 1,200.00 | | 700.00 | FA |
| 16.  SHELVING | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 17.  OFFICE EQUOPMENT | 1,000.00 | 1,000.00 | | 500.00 | FA |
| 18.  AUTO PARTS 6001 N. CLARK ST. CHICAGO, IL 60660 | 200,000.00 | 200,000.00 | | 7,800.00 | FA |
| 19.  INVENTORY LOCATION | 25,000.00 | 25,000.00 | | 4,000.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $246,065.75          $246,065.75          $21,709.80          $0.00

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED TAX RETURNS AND IS AWAITING A RESPONSE FROM THE IRS.

Initial Projected Date of Final Report (TFR): 07/01/2014          Current Projected Date of Final Report (TFR): 07/01/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-46964  
Case Name: COMMUNITY AUTO PARTS, INC.,

Trustee Name: Frances Gecker  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7501  
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX1659  
For Period Ending: 05/22/2015

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/14 | | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | Sale of Inventory | | $12,327.76 | | $12,327.76 |
| | | | Gross Receipts | $15,000.00 | | | |
| | | Thomas K. Mowery American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL 60455 | Auctioneer Expenses | ($2,672.24) | 3620-000 | | | |
| | 18 | | AUTO PARTS 6001 N. CLARK ST. CHICAGO, IL 60660 | $7,800.00 | 1129-000 | | | |
| | 17 | | OFFICE EQUOPMENT | $500.00 | 1129-000 | | | |
| | 19 | | INVENTORY LOCATION | $4,000.00 | 1129-000 | | | |
| | 16 | | SHELVING | $2,000.00 | 1129-000 | | | |
| | 15 | | EQUIPMENT AND FURNITURE 6001 N. CLARK ST. CHICAGO, | $700.00 | 1129-000 | | | |
| 02/24/14 | 3 | BANKFINANCIAL 6415 W. 95th StreetChicago Ridge, IL 60415 | BANK ACCOUNT | 1129-000 | $203.48 | | $12,531.24 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $13.63 | $12,517.61 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.61 | $12,499.00 |
| 04/21/14 | 14 | FORD MOTOR CREDIT COMPANY P.O. BOX 689007FRANKLIN, TN 37068-9007 | Refund | 1129-000 | $6.32 | | $12,505.32 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $17.99 | $12,487.33 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.57 | $12,468.76 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $17.94 | $12,450.82 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:   $12,537.56   $86.74

Case 13-46964   Doc 29   Filed 05/28/15   Entered 05/28/15 10:59:50   Desc Main
**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document   Page 6 of 14

Exhibit B

| Case No: 13-46964 | Trustee Name: Frances Gecker |
|---|---|
| Case Name: COMMUNITY AUTO PARTS, INC., | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7501 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1659 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/22/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.51 | $12,432.31 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.48 | $12,413.83 |
| 09/11/14 | | AMERICAN AUCTION ASSOCITES, INC. 508 W. BRITTANY DRIVEARLINGTON HEIGHTS, IL 60004 | Sale of Ford Truck | | $1,150.66 | | $13,564.49 |
| | | | Gross Receipts                    $6,500.00 | | | | |
| | | FORD MOTOR CREDIT COMPANY LLC  FORD MOTOR CREDIT COMPANY LLC | ($4,966.06) | 4210-000 | | | |
| | | Thomas K. Mowery American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL 60455 | Auctioneer Expenses             ($383.28) | 3620-000 | | | |
| | 14 | | 2010 FORD TRANSIT VAN        $6,500.00 | 1129-000 | | | |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.91 | $13,545.58 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $20.14 | $13,525.44 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $19.46 | $13,505.98 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $20.08 | $13,485.90 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $20.05 | $13,465.85 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $13,688.22 | $222.37 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,688.22 | $222.37 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:                    $1,150.66          $135.63

Less: Payments to Debtors                    $0.00        $0.00

Net                                     $13,688.22      $222.37

Exhibit B

Page Subtotals:                               $0.00        $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7501 - Checking Account (Non-Interest Earn | $13,688.22 | $222.37 | $13,465.85 |
| | $13,688.22 | $222.37 | $13,465.85 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $8,021.58 |
| Total Net Deposits: | $13,688.22 |
| Total Gross Receipts: | $21,709.80 |

Page Subtotals:                     $0.00          $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-46964-PSH                                                   Date: May 22, 2015

Debtor Name: COMMUNITY AUTO PARTS, INC.,

Claims Bar Date: 5/21/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $2,920.98 | $2,920.98 |
| 100 2200 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $127.94 | $127.94 |
| 100 3410 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $5,600.44 | $5,600.44 |
| 100 3420 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $65.54 | $65.54 |
| 100 3620 | Thomas K. Mowery American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL 60455 | Administrative | | $0.00 | $2,672.24 | $2,672.24 |
| 100 3620 | Thomas K. Mowery American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL 60455 | Administrative | | $0.00 | $383.28 | $383.28 |
| 9A 40 5800 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Priority | | $0.00 | $1,652.76 | $1,652.76 |
| 50 4210 | FORD MOTOR CREDIT COMPANY LLC FORD MOTOR CREDIT COMPANY LLC | Secured | | $0.00 | $4,966.06 | $4,966.06 |
| 1 70 7100 | CIT COMMUNICATIONS FINANCE CORPORAT c/o Weltman, Weinberg & Reis 3705 Marlane Drive Grove City, OH 43123 | Unsecured | | $0.00 | $4,185.80 | $4,185.80 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-46964-PSH                                                                                          Date: May 22, 2015
Debtor Name: COMMUNITY AUTO PARTS, INC.,
Claims Bar Date: 5/21/2014

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>70<br>7100 | FACTORY MOTIVE PARTS<br>1380 CORPORATE CENTER<br>CURVE # 200<br>EAGAN, MN  55121 | Unsecured | | $0.00 | $13,470.52 | $13,470.52 |
| 3<br>70<br>7100 | FSB AMERICAN EXPRESS<br>BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | (3-1) CREDIT CARD DEBT | $0.00 | $9,398.30 | $9,398.30 |
| 4<br>70<br>7100 | RBS CITIZENS N A<br>Managed Assets Dept<br>RJW-500<br>443 Jefferson Blvd<br>Warwick, RI  02886 | Unsecured | | $0.00 | $25,457.36 | $25,457.36 |
| 5<br>70<br>7100 | STAAB BATTERY MFG CO INC<br>C/O Teller Levit & Silvertrust P C<br>19 S Lasalle Street Suite 701<br>Chicago, IL  60603 | Unsecured | (5-1) Modified on 4/21/2014 to correct creditor address (KS) | $0.00 | $7,062.92 | $7,062.92 |
| 6<br>70<br>7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Unsecured | | $0.00 | $137.08 | $137.08 |
| 7<br>70<br>7100 | ALL PRODUCTS AUTOMOTIVE<br>INC<br>Law Office of Jeffrey H Flicker<br>120 W Madison St Ste 1407<br>Chicago, IL  60602 | Unsecured | (7-1) Modified on 5/19/2014 to correct creditor name/address (KS) | $0.00 | $90,788.84 | $90,788.84 |
| 8<br>70<br>7100 | UNITED REMANUFACTURING<br>CO INC<br>5050 W. LAWRENCE AVE<br>CHICAGO, IL  60630 | Unsecured | | $0.00 | $3,313.33 | $3,313.33 |
| 9B<br>70<br>7100 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Unsecured | | $0.00 | $229.64 | $229.64 |
| | Case Totals | | | $0.00 | $172,433.03 | $172,433.03 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: May 22, 2015

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-46964
Case Name: COMMUNITY AUTO PARTS, INC.,
Trustee Name: Frances Gecker

Balance on hand                                           $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | FORD MOTOR CREDIT COMPANY LLC | $ | $ | $ | $ |

Total to be paid to secured creditors        $_____

Remaining Balance                            $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Trustee Expenses: Frances Gecker | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ | $ | $ |
| Auctioneer Expenses: Thomas K. Mowery | $ | $ | $ |
| Other: Thomas K. Mowery | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors        $ _____

Remaining Balance        $ _____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT COMMUNICATIONS FINANCE CORPORAT | $ | $ | $ |
| 2 | FACTORY MOTIVE PARTS | $ | $ | $ |
| 3 | FSB AMERICAN EXPRESS BANK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | RBS CITIZENS N A | $ | $ | $ |
| 5 | STAAB BATTERY MFG CO INC | $ | $ | $ |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 7 | ALL PRODUCTS AUTOMOTIVE INC | $ | $ | $ |
| 8 | UNITED REMANUFACTURING CO INC | $ | $ | $ |
| 9B | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE