# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-46964 |
| | ) | |
| COMMUNITY AUTO PARTS, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date:  July 2, 2015 |
| | ) | Hearing Time:  10:30 a.m. |
| | ) | Courtroom:         644 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **July 2, 2015**, at **10:30 a.m.**, we shall appear before the Honorable Pamela S. Hollis, or such other judge as may be sitting in her stead, in Courtroom 644 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated:  June 2, 2015

Respectfully submitted,

By: /s/ *Frances Gecker*
Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{CAP/001/00042685.DOC/}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| COMMUNITY AUTO PARTS, INC., | ) | CASE NO. 13-46964-PSH |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   THE HONORABLE Pamela S. Hollis

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,920.98 as compensation and $127.94 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $21,709.80. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,670.98 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION | $2,920.98 |

{CAP/001/00042685.DOC/}

## II. TRUSTEE'S EXPENSES

Miscellaneous Expense                              $127.94
    Secretary of State of Illinois Dept. of
Motor Vehicles Duplicate/Corrected Vehicle
Title for 2010 Ford Truck

TOTAL EXPENSES                                     $127.94

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:    June 2, 2015                      /s/ Frances Gecker
                                                  Frances Gecker, Trustee

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL  60654
Business        (312) 276-1401
FAX             (312) 276-0035