# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  §
        §
COMMUNITY AUTO PARTS, INC.,  §   Case No. 13-46964
        §
        Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> 219 S. Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/02/2015 in Courtroom 644 (Judge Hollis),
> EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/02/2015       By: /s/ Frances Gecker
                                    Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
COMMUNITY AUTO PARTS, INC.,   §   Case No. 13-46964
§
Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 21,709.80 |
| and approved disbursements of | $ | 8,243.95 |
| leaving a balance on hand of[1] | $ | 13,465.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | FORD MOTOR CREDIT COMPANY LLC | $ 4,966.06 | $ 4,966.06 | $ 4,966.06 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 13,465.85 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,920.98 | $ 0.00 | $ 2,920.98 |
| Trustee Expenses: Frances Gecker | $ 127.94 | $ 0.00 | $ 127.94 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 5,600.44 | $ 0.00 | $ 5,600.44 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 65.54 | $ 0.00 | $ 65.54 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Auctioneer Expenses: Thomas K. Mowery | $ 383.28 | $ 383.28 | $ 0.00 |
| Other: Thomas K. Mowery | $ 2,672.24 | $ 2,672.24 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,714.90 |
| Remaining Balance | $ 4,750.95 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,652.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9A | ILLINOIS DEPARTMENT OF REVENUE | $ 1,652.76 | $ 0.00 | $ 1,652.76 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 1,652.76 |
| Remaining Balance | $ 3,098.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 154,043.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT COMMUNICATIONS FINANCE CORPORAT | $ 4,185.80 | $ 0.00 | $ 84.19 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FACTORY MOTIVE PARTS | $ 13,470.52 | $ 0.00 | $ 270.92 |
| 3 | FSB AMERICAN EXPRESS BANK | $ 9,398.30 | $ 0.00 | $ 189.02 |
| 4 | RBS CITIZENS N A | $ 25,457.36 | $ 0.00 | $ 512.01 |
| 5 | STAAB BATTERY MFG CO INC | $ 7,062.92 | $ 0.00 | $ 142.05 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 137.08 | $ 0.00 | $ 2.76 |
| 7 | ALL PRODUCTS AUTOMOTIVE INC | $ 90,788.84 | $ 0.00 | $ 1,825.98 |
| 8 | UNITED REMANUFACTURING CO INC | $ 3,313.33 | $ 0.00 | $ 66.64 |
| 9B | ILLINOIS DEPARTMENT OF REVENUE | $ 229.64 | $ 0.00 | $ 4.62 |

Total to be paid to timely general unsecured creditors    $              3,098.19

Remaining Balance                                          $                  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 13-46964-PSH
Community Auto Parts, Inc.                                              Chapter 7
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: mgonzalez              Page 1 of 2                  Date Rcvd: Jun 02, 2015
                               Form ID: pdf006              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2015.
db           +Community Auto Parts, Inc.,    6001 N. Clark Street,    Chicago, IL 60660-2411
21302380     +Access One,    820 W Jackson Blvd,    Chicago, IL 60607-3057
21302382     +All Products Automotive Inc,    Law Office of Jeffrey H Flicker,    120 W Madison St Ste 1407,
               Chicago, IL 60602-4132
21302383      American Express,    P.O. Box 360001,    Fort Lauderdale, FL 33336-0001
21756305      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21302384     +Avaya Financial Service,    2930 Central Street,    Suite 200,    Evanston, IL 60201-1244
21302385     +BANK FINANCIAL,    2424 N Clark St,,    Chicago, IL 60614-2745
21302386      Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
21302389     +CHARTER BANK,    932 W Randolph St,    Chicago, IL 60607-2219
21302390     +CHASE BANK,    P.O Box 15298,    Wilmington, DE 19850-5298
21302392    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank/Choice,    PO Box 183071,    Columbus, OH 43218-3071)
21302388     +Capital One Financial Corporation,    1680 Capital One Drive,    McLean, VA 22102-3407
21302393     +DNJ ENGINE COMPONENTS,    8960 LURLINE AVE,    CHATSWORTH, CA 91311-6103
21302394     +Epicor Software,    4120 Dublin Boulevard,    Dublin, CA 94568-7759
21302395      Erie Insurance Group,    100 Erie Insurance Place,    Erie, PA 16530-1104
21302396     +FACTORY MOTIVE PARTS,    1380 CORPORATE CENTER CURVE # 200,    EAGAN, MN 55121-1200
21302397     +FOREIGN & DOMESTIC,    2429 N. WESTERN AVE.,    CHICAGO, IL 60647
21302398     +Home Depot,    Bankruptcy Dept.,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
22031479      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
21302400     +Imperial Lubes and Supply,    812 Greenleaf Ave.,    Elk Grove, IL 60007-5026
21302401     +KEYSTONE AUTOMOTIVE,    15733 COLLECTIONS CENTER DRIVE,    CHICAGO, IL 60693-0157
21302403     +MUNDAY & NATHAN,    33 N DEARBORN,    CHICAGO IL 60602-3199
21302402      Motive Parts Co.,    4045 S Western Boulevard,    Chicago, IL 60609
21302404     +NORTHSIDE IMPORTS,    3650 W PRATT AVE,    LINCOLNWOOD, IL 60712-3724
21302405     +One Stop Distributors,    6267 W. Howard St.,    Niles, IL 60714-3403
21302406     +PEP BOYS,    5225 TOUHY AVE.,    SKOKIE, IL 60077-3266
21302407    #+PHIL'S, INC.,    2204 ASHLAND,    EVANSTON, IL 60201-3017
21302408     +PRECISION REMANUFACTURING,    4520 W FULLERTON AVE,    CHICAGO, IL 60639-1934
21795594     +RBS Citizens N A,    Managed Assets Dept,    RJW-500,    443 Jefferson Blvd,
               Warwick, RI 02886-1321
21302410     +SLUITER AUTO ELECTRIC,    15 W 168 ST,    SOUTH HOLLAND, IL 60473-2838
21302412     +STAAB BATTERY Mfg Co Inc,    C/O Teller Levit & Silvertrust P C,    19 S Lasalle Street Suite 701,
               Chicago, IL 60603-1431
21302413     +STONEWHEEL,    7675 S. QUINCY ST,    WILLOWBROOK, IL 60527-5598
21302414      T Mobile,    Bankruptcy Department.,    P.O. Box 53410,    Bellevue, WA 98015-3410
21302415     +UNI-SELECT USA,    3550 BUSBEE PKWY RAVINE 3,SUITE 400,    KENNESAW, GA 30144-2167
21302416    #+UNITED REMANUFACTURING Co Inc,    5050 W. LAWRENCE AVE,    CHICAGO, IL 60630-3822
21302417     +US AUTOFORCE,    425 BETTER WAY,    APPLETON, WI 54915-6192
21302421     +WESTAR DISTRIBUTION,    8700 ROBERT FULTON DR,    COLUMBIA, MD 21046-2558
21302418     +Waste Management,    1001 Fannin, Suite 4000,    Houston, Texas 77002-6711
21302419     +Wells Fargo,    420 Montgomery Street,    San Francisco, CA 94104-1298
21302420      Wells Fargo Card Services,    P.O. Box 30086,    Los Angeles, CA 90030-0086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21302381      E-mail/Text: bkr@cardworks.com Jun 03 2015 00:27:43     Advanta Business Card,    P.O. Box 31032,
               Tampa, FL 33631-3032
21848474      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2015 00:23:09
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
21420798     +E-mail/Text: BKRMailOps@weltman.com Jun 03 2015 00:28:06
               CIT Communications Finance Corporation,    c/o Weltman, Weinberg & Reis,    3705 Marlane Drive,
               Grove City, OH 43123-8895
21302411      E-mail/Text: appebnmailbox@sprint.com Jun 03 2015 00:28:04     Sprint,    PO BOX 4191,
               Carol Stream, IL 60197-4191
21302409      E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2015 00:23:11     Sam's Club Discover,
               PO Box 530970,    Atlanta, GA 30353-0970
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21302387*     Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019
21302391*    +CHASE BANK,    P.O Box 15298,   Wilmington, DE 19850-5298
21302399    ##+IMPERIAL LUBES & SUPPLY,    8240 LEHIGH,   MORTON GROVE, IL 60053-2615
                                                                                 TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: mgonzalez            Page 2 of 2                  Date Rcvd: Jun 02, 2015
                              Form ID: pdf006            Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2015 at the address(es) listed below:
```
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              Frances   Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Frances   Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Jeffrey   Flicker    on behalf of Creditor    All Products Automotive, Inc. jeff@jflickerlaw.com
              Micah R Krohn     on behalf of Trustee Frances   Gecker mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven A Leahy    on behalf of Debtor    Community Auto Parts, Inc. sleahy@it-lawyer.com,
               cmecf@it-lawyer.com;processing@it-lawyer.com;ben@opemonline.com
              Zane L Zielinski    on behalf of Trustee Frances   Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
                                                                                             TOTAL: 8
```