UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:  13-46964
COMMUNITY AUTO PARTS, INC., )
)  Chapter: 7
)  Honorable Pamela S. Hollis
)
)
Debtor(s) )

**ORDER AUTHORIZING FIRST AND FINAL FEE APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Fee Application of Alan D. Lasko & Associates, P.C. For Compensation And Reimbursement Of Expenses; due and proper notice having been given; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. Alan D. Lasko & Associates, P.C. is hereby allowed reasonable compensation for actual, necessary accounting services in the amount of $5,600.44;

2. Alan D. Lasko & Associates, P.C. is hereby allowed reimbursement of actual, necessary expenses in the amount of $65.54; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of Community Auto Parts, Inc. is hereby authorized to pay Alan D. Lasko & Associates, P.C. for their reasonable compensation and expenses in the amount of $5,665.98.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  July 02, 2015

**Prepared by:**

Jeremy C. Kleinman (IL ARDC # 6270080)
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
jkleinman@fgllp.com