UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COMMUNITY AUTO PARTS, INC., | § | Case No. 13-46964 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 8,480.27                           Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,717.01           Claims Discharged
                                                      Without Payment: NA

Total Expenses of Administration: 11,992.79

---

3) Total gross receipts of $ 21,709.80  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 21,709.80  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 4,966.06 | $ 4,966.06 | $ 4,966.06 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,992.79 | 11,992.79 | 11,992.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,652.76 | 1,652.76 | 1,652.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 497,318.73 | 154,043.79 | 154,043.79 | 3,098.19 |
| **TOTAL DISBURSEMENTS** | $ 497,318.73 | $ 172,655.40 | $ 172,655.40 | $ 21,709.80 |

4) This case was originally filed under chapter 7 on 12/06/2013 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/25/2015           By:/s/Frances Gecker _____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 FORD TRANSIT VAN | 1129-000 | 6,506.32 |
| AUTO PARTS 6001 N. CLARK ST. CHICAGO, IL 60660 | 1129-000 | 7,800.00 |
| BANK ACCOUNT #XXXXXX8259 BANK FINANCIAL | 1129-000 | 203.48 |
| EQUIPMENT AND FURNITURE 6001 N. CLARK ST. CHICAGO, | 1129-000 | 700.00 |
| INVENTORY LOCATION | 1129-000 | 4,000.00 |
| OFFICE EQUOPMENT | 1129-000 | 500.00 |
| SHELVING | 1129-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,709.80** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | NA | 4,966.06 | 4,966.06 | 4,966.06 |
| TOTAL SECURED CLAIMS |  |  | $ NA | $ 4,966.06 | $ 4,966.06 | $ 4,966.06 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 2,920.98 | 2,920.98 | 2,920.98 |
| Frances Gecker | 2200-000 | NA | 127.94 | 127.94 | 127.94 |
| Bank of New York Mellon | 2600-000 | NA | 142.64 | 142.64 | 142.64 |
| The Bank of New York Mellon | 2600-000 | NA | 79.73 | 79.73 | 79.73 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 5,600.44 | 5,600.44 | 5,600.44 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 65.54 | 65.54 | 65.54 |
| Thomas K. Mowery | 3620-000 | NA | 3,055.52 | 3,055.52 | 3,055.52 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES |  | $ NA | $ 11,992.79 | $ 11,992.79 | $ 11,992.79 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 1,652.76 | 1,652.76 | 1,652.76 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,652.76 | $ 1,652.76 | $ 1,652.76 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Access One 820 W Jackson Blvd Chicago, IL 60607 | | 543.34 | NA | NA | 0.00 |
| | Advanta Business Card P.O. Box 31032 Tampa, FL 33631-3032 | | 15,156.96 | NA | NA | 0.00 |
| | BANK FINANCIAL 2424 N Clark St, Chicago, IL 60614 | | 8,792.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15019 Wilmington, DE 19886-5019 | | 15,378.56 | NA | NA | 0.00 |
| | Bank of America PO Box 15019 Wilmington, DE 19886-5019 | | 9,410.00 | NA | NA | 0.00 |
| | Capital One Financial Corporation 1680 Capital One Drive McLean, VA 22102 | | 14,647.04 | NA | NA | 0.00 |
| | CHASE BANK P.O Box 15298 Wilmington, DE 19850 | | 19,887.86 | NA | NA | 0.00 |
| | CHASE BANK P.O Box 15298 Wilmington, DE 19850 | | 5,589.17 | NA | NA | 0.00 |
| | Citibank/Choice PO Box 183071 Columbus, OH 43218-3071 | | 21,126.96 | NA | NA | 0.00 |
| | DNJ ENGINE COMPONENTS 8960 LURLINE AVE CHATSWORTH, CA 91311 | | 1,080.00 | NA | NA | 0.00 |
| | Epicor Software 4120 Dublin Boulevard Dublin, CA 94568 | | 1,160.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Erie Insurance Group 100 Erie Insurance Place Erie, PA 16530-1104 | | 8,636.33 | NA | NA | 0.00 |
| | FACTORY MOTIVE PARTS 1380 CORPORATE CENTER CURVE # 200 EAGAN, MN 55121 | | 13,000.00 | NA | NA | 0.00 |
| | FOREIGN & DOMESTIC 2429 N. WESTERN AVE. CHICAGO, IL 60618 | | 2,261.55 | NA | NA | 0.00 |
| | Home Depot Bankruptcy Dept. P.O. Box 6497 Sioux Falls, SD 57117 | | 1,833.54 | NA | NA | 0.00 |
| | IMPERIAL LUBES & SUPPLY 8240 LEHIGH MORTON GROVE, IL 60053 | | 4,311.44 | NA | NA | 0.00 |
| | Imperial Lubes and Supply 812 Greenleaf Ave. Elk Grove, IL 60007 | | 0.00 | NA | NA | 0.00 |
| | KEYSTONE AUTOMOTIVE 15733 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | | 3,700.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MUNDAY & NATHAN 33 N DEARBORN CHICAGO IL, 60602 | | 0.00 | NA | NA | 0.00 |
| | NORTHSIDE IMPORTS 3650 W PRATT AVE LINCOLNWOOD, IL 60712 | | 5,678.00 | NA | NA | 0.00 |
| | One Stop Distributors 6267 W. Howard St. Niles, IL 60714 | | 165.50 | NA | NA | 0.00 |
| | PEP BOYS 5225 TOUHY AVE. SKOKIE, IL 60077 | | 938.10 | NA | NA | 0.00 |
| | PHIL'S, INC. 2204 ASHLAND EVANSTON, IL 60201 | | 88.79 | NA | NA | 0.00 |
| | PRECISION REMANUFACTURING 4520 W FULLERTON AVE CHICAGO, IL 60639 | | 3,200.28 | NA | NA | 0.00 |
| | Sam's Club Discover PO Box 530970 Atlanta, GA 30353-0970 | | 19,912.05 | NA | NA | 0.00 |
| | SLUITER AUTO ELECTRIC 15 W 168 ST SOUTH HOLLAND, IL 60473 | | 10,835.02 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sprint PO BOX 4191 Carol Stream, IL 60197-4191 | | 838.76 | NA | NA | 0.00 |
| | STONEWHEEL 7675 S. QUINCY ST WILLOWBROOK, IL 60527 | | 31,729.20 | NA | NA | 0.00 |
| | UNI-SELECT USA 3550 BUSBEE PKWY RAVINE 3,SUITE 400 KENNESAW, GA 30144 | | 24,942.50 | NA | NA | 0.00 |
| | US AUTOFORCE 425 BETTER WAY APPLETON, WI 54915 | | 3,536.00 | NA | NA | 0.00 |
| | Waste Management 1001 Fannin, Suite 4000 Houston, Texas 77002 | | 707.54 | NA | NA | 0.00 |
| | Wells Fargo 420 Montgomery Street San Francisco, CA 94104 | | 76,229.84 | NA | NA | 0.00 |
| | Wells Fargo Card Services P.O. Box 30086 Los Angeles, CA 90030-0086 | | 0.00 | NA | NA | 0.00 |
| | WESTAR DISTRIBUTION 8700 ROBERT FULTON DR COLUMBIA, MD 21046 | | 178.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | ALL PRODUCTS AUTOMOTIVE INC | 7100-000 | 115,430.10 | 90,788.84 | 90,788.84 | 1,825.98 |
| 1 | CIT COMMUNICATIONS FINANCE CORPORAT | 7100-000 | 497.99 | 4,185.80 | 4,185.80 | 84.19 |
| 2 | FACTORY MOTIVE PARTS | 7100-000 | 13,470.52 | 13,470.52 | 13,470.52 | 270.92 |
| 3 | FSB AMERICAN EXPRESS BANK | 7100-000 | 9,190.38 | 9,398.30 | 9,398.30 | 189.02 |
| 4 | RBS CITIZENS N A | 7100-000 | 25,920.59 | 25,457.36 | 25,457.36 | 512.01 |
| 5 | STAAB BATTERY MFG CO INC | 7100-000 | 3,923.06 | 7,062.92 | 7,062.92 | 142.05 |
| 8 | UNITED REMANUFACTURING CO INC | 7100-000 | 3,217.49 | 3,313.33 | 3,313.33 | 66.64 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-001 | 171.35 | 137.08 | 137.08 | 2.76 |
| 9B | ILLINOIS DEPARTMENT OF REVENUE | 7100-001 | NA | 229.64 | 229.64 | 4.62 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 497,318.73 | $ 154,043.79 | $ 154,043.79 | $ 3,098.19 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-46964 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | COMMUNITY AUTO PARTS, INC., | | | | Date Filed (f) or Converted (c): | 12/06/2013 (f) |
| | | | | | 341(a) Meeting Date: | 01/24/2014 |
| For Period Ending: | 09/25/2015 | | | | Claims Bar Date: | 05/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 2. DEPOSITS IN BANK BANK | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3. BANK ACCOUNT #XXXXXX8259 BANK FINANCIAL | 385.48 | 385.48 | | 203.48 | FA |
| 4. BANK ACCOUNT #XXXXX8267 BANK FINANCIAL | 0.00 | 0.00 | | 0.00 | FA |
| 5. BANK FINANCIAL #XXXXXX8275 | 1,466.57 | 1,466.57 | | 0.00 | FA |
| 6. BANK ACCOUNT #XXXXXXX1691 Charter One | 0.00 | 0.00 | | 0.00 | FA |
| 7. SHOP ACCOUNTS THAT OWE | 0.00 | 0.00 | | 0.00 | FA |
| 8. RECEIVABLE Foster Broadway BP5156 N. Broadway Ave. | 1,149.57 | 1,149.57 | | 0.00 | FA |
| 9. RECEIVABLE EP Auto Repair 4900 N. Broadway Ave. Ch | 1,571.72 | 1,571.72 | | 0.00 | FA |
| 10. RECEIVABLE Prince Auto Repair 5510 N. Western Ave. | 938.13 | 938.13 | | 0.00 | FA |
| 11. RECEIVABLE Rosemont Garage 1125 W. Rosemont Ave. C | 310.19 | 310.19 | | 0.00 | FA |
| 12. RECEIVABLE Sierra Auto Group 4207 N. Western Ave. | 273.12 | 273.12 | | 0.00 | FA |
| 13. RECEIVABLE Goodyear Tire Broadway 4809 N. Broadway | 770.97 | 770.97 | | 0.00 | FA |
| 14. 2010 FORD TRANSIT VAN | 8,000.00 | 8,000.00 | | 6,506.32 | FA |
| 15. EQUIPMENT AND FURNITURE 6001 N. CLARK ST. CHICAGO, | 1,200.00 | 1,200.00 | | 700.00 | FA |
| 16. SHELVING | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 17. OFFICE EQUOPMENT | 1,000.00 | 1,000.00 | | 500.00 | FA |
| 18. AUTO PARTS 6001 N. CLARK ST. CHICAGO, IL 60660 | 200,000.00 | 200,000.00 | | 7,800.00 | FA |
| 19. INVENTORY LOCATION | 25,000.00 | 25,000.00 | | 4,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $246,065.75 | $246,065.75 | | $21,709.80 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 07/01/2014    Current Projected Date of Final Report (TFR): 07/01/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-46964 | Trustee Name: Frances Gecker |
| Case Name: COMMUNITY AUTO PARTS, INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1996 |
| | Checking |
| Taxpayer ID No: XX-XXX1659 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/25/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7501 | Transfer of Funds | 9999-000 | $13,465.85 | | $13,465.85 |
| 07/08/15 | 5001 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Distribution | | | $3,048.92 | $10,416.93 |
| | | Frances Gecker | Final distribution representing a payment of 100.00 % per court order. | ($2,920.98) | 2100-000 | | |
| | | Frances Gecker | Final distribution representing a payment of 100.00 % per court order. | ($127.94) | 2200-000 | | |
| 07/08/15 | 5002 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Distribution | | | $5,665.98 | $4,750.95 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. | ($5,600.44) | 3410-000 | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. | ($65.54) | 3420-000 | | |
| 07/08/15 | 5003 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | 5800-000 | | $1,652.76 | $3,098.19 |
| 07/08/15 | 5004 | CIT COMMUNICATIONS FINANCE CORPORAT<br>c/o Weltman, Weinberg & Reis<br>3705 Marlane Drive<br>Grove City, OH 43123 | Final distribution to claim 1 representing a payment of 2.01 % per court order. | 7100-000 | | $84.19 | $3,014.00 |
| 07/08/15 | 5005 | FACTORY MOTIVE PARTS<br>1380 CORPORATE CENTER CURVE # 200<br>EAGAN, MN 55121 | Final distribution to claim 2 representing a payment of 2.01 % per court order. | 7100-000 | | $270.92 | $2,743.08 |
| 07/08/15 | 5006 | FSB AMERICAN EXPRESS BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 3 representing a payment of 2.01 % per court order. | 7100-000 | | $189.02 | $2,554.06 |

Page Subtotals: $13,465.85    $10,911.79

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-46964 | Trustee Name: Frances Gecker |
| Case Name: COMMUNITY AUTO PARTS, INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1996 |
| | Checking |
| Taxpayer ID No: XX-XXX1659 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/25/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | 5007 | RBS CITIZENS N A<br>Managed Assets Dept<br>RJW-500<br>443 Jefferson Blvd<br>Warwick, RI  02886 | Final distribution to claim 4 representing a payment of 2.01 % per court order. | 7100-000 | | $512.01 | $2,042.05 |
| 07/08/15 | 5008 | STAAB BATTERY MFG CO INC<br>C/O Teller Levit & Silvertrust P C<br>19 S Lasalle Street Suite 701<br>Chicago, IL  60603 | Final distribution to claim 5 representing a payment of 2.01 % per court order. | 7100-000 | | $142.05 | $1,900.00 |
| 07/08/15 | 5009 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $7.38 | $1,892.62 |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 6 representing a payment of 2.01 % per court order. | ($2.76) 7100-001 | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 9 representing a payment of 2.01 % per court order. | ($4.62) 7100-001 | | | |
| 07/08/15 | 5010 | ALL PRODUCTS AUTOMOTIVE INC<br><br>Law Office of Jeffrey H Flicker<br>120 W Madison St Ste 1407<br>Chicago, IL  60602 | Final distribution to claim 7 representing a payment of 2.01 % per court order. | 7100-000 | | $1,825.98 | $66.64 |
| 07/08/15 | 5011 | UNITED REMANUFACTURING CO INC<br><br>9550 SORENG AVE.<br>SCHILLER PARK, IL 60176 | Final distribution to claim 8 representing a payment of 2.01 % per court order. | 7100-000 | | $66.64 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,465.85 | $13,465.85 |
| Less: Bank Transfers/CD's | $13,465.85 | $0.00 |
| Subtotal | $0.00 | $13,465.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $13,465.85 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $2,554.06 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-46964 | Trustee Name: Frances Gecker |
| Case Name: COMMUNITY AUTO PARTS, INC., | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7501 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1659 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/25/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/14 | | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | Sale of Inventory | | $12,327.76 | | $12,327.76 |
| | | | Gross Receipts  $15,000.00 | | | | |
| | | Thomas K. Mowery<br>American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL  60455 | Auctioneer Expenses  ($2,672.24) | 3620-000 | | | |
| | 18 | | AUTO PARTS 6001 N. CLARK ST. CHICAGO, IL 60660  $7,800.00 | 1129-000 | | | |
| | 17 | | OFFICE EQUOPMENT  $500.00 | 1129-000 | | | |
| | 19 | | INVENTORY LOCATION  $4,000.00 | 1129-000 | | | |
| | 16 | | SHELVING  $2,000.00 | 1129-000 | | | |
| | 15 | | EQUIPMENT AND FURNITURE 6001 N. CLARK ST. CHICAGO,  $700.00 | 1129-000 | | | |
| 02/24/14 | 3 | BANKFINANCIAL<br>6415 W. 95th StreetChicago Ridge, IL 60415 | BANK ACCOUNT | 1129-000 | $203.48 | | $12,531.24 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $13.63 | $12,517.61 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.61 | $12,499.00 |
| 04/21/14 | 14 | FORD MOTOR CREDIT COMPANY<br>P.O. BOX 689007FRANKLIN, TN  37068-9007 | Refund | 1129-000 | $6.32 | | $12,505.32 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $17.99 | $12,487.33 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.57 | $12,468.76 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $17.94 | $12,450.82 |
| | | | Page Subtotals: | | $12,537.56 | $86.74 | |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-46964 |
| Case Name: | COMMUNITY AUTO PARTS, INC., |
| Taxpayer ID No: | XX-XXX1659 |
| For Period Ending: | 09/25/2015 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX7501 |
| | Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.51 | $12,432.31 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.48 | $12,413.83 |
| 09/11/14 | | AMERICAN AUCTION ASSOCITES, INC. 508 W. BRITTANY DRIVE ARLINGTON HEIGHTS, IL 60004 | Sale of Ford Truck | | $1,150.66 | | $13,564.49 |
| | | | Gross Receipts $6,500.00 | | | | |
| | | FORD MOTOR CREDIT COMPANY LLC FORD MOTOR CREDIT COMPANY LLC | ($4,966.06) | 4210-000 | | | |
| | | Thomas K. Mowery American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL 60455 | Auctioneer Expenses ($383.28) | 3620-000 | | | |
| | 14 | | 2010 FORD TRANSIT VAN $6,500.00 | 1129-000 | | | |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.91 | $13,545.58 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.14 | $13,525.44 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.46 | $13,505.98 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.08 | $13,485.90 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.05 | $13,465.85 |
| 07/08/15 | | Transfer to Acct # xxxxxx1996 | Transfer of Funds | 9999-000 | | $13,465.85 | $0.00 |
| | | | COLUMN TOTALS | | $13,688.22 | $13,688.22 | |
| | | | Page Subtotals: | | $1,150.66 | $13,601.48 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $13,465.85 |
| Subtotal | $13,688.22 | $222.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,688.22 | $222.37 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX1996 - Checking | $0.00 | $13,465.85 | $0.00 |
| XXXXXX7501 - Checking Account (Non-Interest Earn | $13,688.22 | $222.37 | $0.00 |
|  | $13,688.22 | $13,688.22 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $8,021.58 |
|---|---:|
| Total Net Deposits: | $13,688.22 |
| Total Gross Receipts: | $21,709.80 |